

Frank J. Tantone

420 Lexington Avenue, Suite 1830
New York, New York 10170-1830
Main:  212.392.4772
Direct:  917.594.5561
frank@lipskylowe.com

www.lipskylowe.com

February 2, 2026

<u>VIA ECF</u>
The Honorable Margaret M. Garnett, U.S.D.J.
U.S. District Court for the Southern District of New York
40 Foley Square, Courtroom 906
New York, New York 10007

25-CV-05682 (MMG)

Re:   *Brown v. Silverseal Corp.*, No. ~~1:225-cv-005682 (MMG)~~

Dear Judge Garnett:

As you know, we represent Plaintiff in this case. Pursuant to Rule B(5) of Your Honor's Individual Rules & Practices, we write to you with consent from Defendant to request a brief extension of the deadline to file a motion for settlement approval pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). This is the first request for an extension to this deadline.

Currently, the deadline for this filing is February 4, 2026. (*See* Dkt No. 15). We respectfully request a brief extension of this deadline through February 18, 2026. The reason for this request is the need for additional time to draft the *Cheeks* motion because of conflicting schedules and time out of office for counsel.

Please contact counsel with any questions concerning this request. We thank Your Honor for the attention to this matter.

Sincerely,

FRANK J. TANTONE, ESQ.

cc:   All Counsel of Record (via ECF)

GRANTED. It is hereby ORDERED that on or before **February 18, 2026**, the parties shall file the settlement agreement and the joint letter described in the Court's January 22, 2026 Order (Dkt. No. 15) or an executed consent form to proceed before a magistrate judge. As a reminder, judicial approval is not required for a settlement of FLSA claims by way of a Rule 68(a) offer of judgment. *See Mei Xing Yu v. Hasaki Rest., Inc.*, 944 F.3d 395, 414 (2d Cir. 2019). The Clerk of Court is respectfully directed to terminate Dkt. No. 16.

SO ORDERED. Dated February 2, 2026.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE